**833 TAYLOR vs. CIRCUIT JUDGE (Wayne), No. 15845½.**

To dissolve an injunction restraining relator from interfering, under a writ of restitution, with complainant's possession of certain premises.

Order to show cause denied October 6, 1896.

Relator had possession under a lease from complainant, to whom he had given a chattel mortgage, covering certain bar fixtures and other property, and upon default had surrendered possession.

Complainant foreclosed his mortgage and became the purchaser at the sale. Relator then commenced proceedings before a commissioner to recover possession, obtained judgment and procured the writ of restitution. Complainant then tendered the keys and demanded the rent due. Relator refused either to take the keys or to pay the rent, but afterwards threatened to take possession under the writ.

**834 SCOTT ET AL. vs. CIRCUIT JUDGE (Gratiot), No. 12363.**

To vacate an injunction restraining relators from entering upon certain lands belonging to complainant, for the purpose of constructing a drain thereon.

The circuit judge ruled that the finding of the jury of the necessity for taking complainant's land and the taking of it without compensation was unauthorized, and the verdict void.

Denied November 18, 1891, with costs.